1  Jeffrey B. Cereghino, Esq., State Bar No. 99480
   Steven R. Weinmann, Esq., State Bar No. 190956
2  **BERDING & WEIL LLP**
   3240 Stone Valley Road West
3  Alamo, California 94507
   925/838-2090 F: 925/820-5592
4
   Michael F. Ram, Esq. State Bar No. 104805
5  Arthur D. Levy, Esq. State Bar No. 95659
   **LEVY RAM & OLSON LLP**
6  639 Front Street, 4th Floor
   San Francisco, CA 94111-1913
7  415/433-4949 F: 415/433-7311

8  Attorneys for Plaintiff
   EDUARDO CARIAS
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | EDUARDO CARIAS, on behalf of himself | No. 3:07-cv-00083 SC
   | and all others similarly situated,
14 |
   |          Plaintiff,                  | **SCHEDULING ORDER AFTER CASE**
15 |                                       | **MANAGEMENT CONFERENCE**
   |     vs.
16 |
   | LENOX FINANCIAL MORTGAGE              | Date: April 20, 2007
17 | CORPORATION, LSI TITLE COMPANY;       | Time: 10:00 a.m.
   | and DOES 1 through 25,                | Courtroom: 1
18 |
   |          Defendants.
19 |
   |_____/
20

21      The Court conducted a Case Management Conference on April 20, 2007, at which it set

22 the following case management schedule.  Arthur D. Levy appeared for plaintiff EDUARDO

23 CARIAS.  James Smith and Robert Cameron Fortner appeared for defendant LENOX

24 FINANCIAL MORTGAGE CORPORATION.  Ben Suter appeared for defendant LSI TITLE

25 COMPANY.

26      The Court hereby enters the following Scheduling Order, subject to further Order of

27 Court:

28

---

1   Defendants to file summary judgment motions no later than: May 7, 2007

2   Case Management Conference regarding summary judgment motions: 10 a.m. on May 11,

3   2007

4   Class certification motion to be filed: September 7, 2007

5   Class certification opposition to be filed: October 5, 2007

6   Class certification reply to be filed: October 19, 2007

7   Class certification motion hearing: November 16, 2007 at 10:00 a.m. ~~a.m.~~

8   Exchange of expert disclosures and reports: January 11, 2008

9   Cut-off for all discovery other than experts: January 11, 2008

10  Cut-off for expert discovery:   February 4, 2008

11  Dispositive motions to be filed:  February 4, 2008

12  Dispositive motion oppositions to be filed:  February 25, 2008

13  Dispositive motion replies to be filed:  March 7, 2008

14  Dispositive motions hearing: March 21, 2008 ~~2007~~ at 10:00 a.m. ~~a.m.~~

15  Pretrial Conference: April 25, 2008 at 10:00 a.m. ~~a.m.~~

16  Jury Trial: May 5, 2008 at 10:00 a.m. ~~a.m.~~ (estimated time is 10 days of trial).

17

18  Dated: ~~April~~ May 1, 2007

19  _____
    UNITED STATES DISTRICT JUDGE

    IT IS SO ORDERED
    Judge Samuel Conti

27  F:\Docs\1083-01\CMC Order.doc

---

BERDING & WEIL LLP
3240 Stone Valley Road West
Alamo, California 94507

SCHEDULING ORDER AFTER CMC                                                       Page 2