Jeffrey B. Cereghino, Esq., State Bar No. 99480
Steven R. Weinmann, Esq., State Bar No. 190956
**BERDING & WEIL LLP**
3240 Stone Valley Road West
Alamo, California 94507
925/838-2090 F: 925/820-5592

Michael F. Ram, Esq. State Bar No. 104805
Arthur D. Levy, Esq. State Bar No. 95659
**LEVY RAM & OLSON LLP**
639 Front Street, 4th Floor
San Francisco, CA 94111-1913
415/433-4949 F: 415/433-7311

Attorneys for Plaintiff
EDUARDO CARIAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CARIAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LENOX FINANCIAL MORTGAGE CORPORATION, LSI TITLE COMPANY; and DOES 1 through 25,<br><br>Defendants. | No. 3:07-cv-00083 SC   AMENDED<br><br>STIPULATION AND ~~PROPOSED~~ FIRST AMENDED SCHEDULING ORDER AFTER CASE MANAGEMENT CONFERENCE<br><br>Date: May 11, 2007<br>Time: 10:00 a.m.<br>Courtroom: 1 |

The Court conducted a Case Management Conference on May 11, 2007. At the Case Management Conference, the parties expressed a desire to modify some of the dates under the prevailing Case Management Order by extending dates by approximately 60 days. The Court directed the parties to meet and confer and propose a revised schedule to the Court.

The parties have met and conferred and propose that the Court amend its prior Case Management Order by extending existing dates as indicated below. The parties have also

1  determined that, in light of the progress of discovery, the summary judgment schedule set in the
2  Court's Minute Order of May 11, 2007 should be extended as set forth below.
3      The parties therefore agree to and propose the following amended Case Management
4  Order, subject to further Order of Court:
5      Plaintiff's Opposition to Summary Judgment Motions to be filed: August 27, 2007
6      Defendants' Replies to Summary Judgment Motions to be filed: September 10, 2007
7      Hearing of Summary Judgment Motions: September **21** 2007 at 10:00 a.m.
8      Court-ordered mediation to be completed by November 2, 2007
9      Class certification motion to be filed: November 19, 2007
10     Class certification opposition to be filed: December 17, 2007
11     Class certification reply to be filed: December 31, 2007
12     Class certification motion hearing: January 11, 2008 at 10:00 a.m.
13     Exchange of expert disclosures and reports: February 8, 2008
14     Cut-off for all discovery other than experts: February 8, 2008
15     Cut-off for expert discovery: March 3, 2008
16     Dispositive motions to be filed: March 3, 2008
17     Dispositive motion oppositions to be filed: March 24, 2008
    **SC    APRIL 2, 2008 AT 10:00 A.M. PRETRIAL**
18     Dispositive motion replies to be filed: April 4, 2008
    **SC    TRIAL - MAY 5, 2008 AT 9:30 a.m.**
19     Dispositive motions hearing and ~~Trial Setting Conference:~~ April 25, 2008 at 10:00 a.m.
20 July **17**, 2007      LEVY, RAM & OLSON LLP
21
22      By _[signature]_
         Arthur D. Levy
23 July ____, 2007      BERDING & WEIL, LLP
24
25      By: _____
         Jeffrey B. Cereghino
26 July ____, 2007      THE DAVIS LAW FIRM
27
28      By: _____
         James Smith

STIPULATION AND PROPOSED FIRST AMENDED
SCHEDULING ORDER AFTER CASE MANAGEMENT      Page 2
CONFERENCE

1 determined that, in light of the progress of discovery, the summary judgment schedule set in the
2 Court's Minute Order of May 11, 2007 should be extended as set forth below.
3 The parties therefore agree to and propose the following amended Case Management
4 Order, subject to further Order of Court:
5     Plaintiff's Opposition to Summary Judgment Motions to be filed: August 27, 2007
6     Defendants' Replies to Summary Judgment Motions to be filed: September 10, 2007
7     Hearing of Summary Judgment Motions: September __, 2007 at 10:00 a.m.
8     Court-ordered mediation to be completed by November 2, 2007
9     Class certification motion to be filed: November 19, 2007
10     Class certification opposition to be filed: December 17, 2007
11     Class certification reply to be filed: December 31, 2007
12     Class certification motion hearing: January 11, 2008 at 10:00 a.m.
13     Exchange of expert disclosures and reports: February 8, 2008
14     Cut-off for all discovery other than experts: February 8, 2008
15     Cut-off for expert discovery: March 3, 2008
16     Dispositive motions to be filed: March 3, 2008
17     Dispositive motion oppositions to be filed: March 24, 2008
18     Dispositive motion replies to be filed: April 4, 2008
19     Dispositive motions hearing and Trial Setting Conference: April 25, 2008 at 10:00 a.m.
20 July ___, 2007     LEVY, RAM & OLSON LLP
21
22     By _____
    Arthur D. Levy
23 July 20, 2007     BERDING & WEIL, LLP
24
25     By: _____
    Jeffrey B. Cereghino
26 July ___, 2007     THE DAVIS LAW FIRM
27
28     By: _____
    James Smith

STIPULATION AND PROPOSED FIRST AMENDED
SCHEDULING ORDER AFTER CASE MANAGEMENT
CONFERENCE
Page 2

BERDING & WEIL LLP
3240 Stone Valley Road West
Alamo, California 94507

1  determined that, in light of the progress of discovery, the summary judgment schedule set in the
2  Court's Minute Order of May 11, 2007 should be extended as set forth below.
3      The parties therefore agree to and propose the following amended Case Management
4  Order, subject to further Order of Court:
5      Plaintiff's Opposition to Summary Judgment Motions to be filed:  August 27, 2007
6      Defendants' Replies to Summary Judgment Motions to be filed:  September 10, 2007
7      Hearing of Summary Judgment Motions:  September __, 2007 at 10:00 a.m.
8      Court-ordered mediation to be completed by November 2, 2007
9      Class certification motion to be filed:  November 19, 2007
10     Class certification opposition to be filed:  December 17, 2007
11     Class certification reply to be filed:  December 31, 2007
12     Class certification motion hearing:  January 11, 2008 at 10:00 a.m.
13     Exchange of expert disclosures and reports:  February 8, 2008
14     Cut-off for all discovery other than experts: February 8, 2008
15     Cut-off for expert discovery:  March 3, 2008
16     Dispositive motions to be filed:  March 3, 2008
17     Dispositive motion oppositions to be filed:  March 24, 2008
18     Dispositive motion replies to be filed:  April 4, 2008
19     Dispositive motions hearing and Trial Setting Conference:  April 25, 2008 at 10:00 a.m.

20  July ___, 2007                            LEVY, RAM & OLSON LLP

22                                            By _____
                                                 Arthur D. Levy

23  July ___, 2007                            BERDING & WEIL, LLP

25                                            By: _____
                                                  Jeffrey B. Cereghino

26  July _19_, 2007                           THE DAVIS LAW FIRM

28                                            By: _____
                                                  James Smith

STIPULATION AND PROPOSED FIRST AMENDED
SCHEDULING ORDER AFTER CASE MANAGEMENT                                    Page 2
CONFERENCE

BERDING & WEIL LLP
3240 Stone Valley Road West
Alamo, California 94507

1  July 20, 2007                                     KEESAL, YOUNG & LOGAN
2
3                                              By: _____
                                                      Ben Suter   KK
4
5
                                    ORDER
6
   Good cause appearing, the Court hereby approves the Stipulation and amends its prior
7
   Case Management Order as set forth above. It is so ORDERED.
8
9
10  Dated:  July 30, 2007
                                            _____
11                                          UNITED STATES DISTRICT JUDGE
                                            IT IS SO ORDERED
12                                          Judge Samuel Conti
13
14
15
16
17
18
19  F:\Docs\1083-01\Stip re CMC Order1A Rev3.doc
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED FIRST AMENDED                                    Page 3
SCHEDULING ORDER AFTER CASE MANAGEMENT
CONFERENCE

BERDING & WEIL LLP
3240 Stone Valley Road West
Alamo, California 94507