UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CARIAS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff(s),<br><br>    v.<br><br>LENOX FINANCIAL MORTGAGE CORP., et al.,<br><br>        Defendant(s). | No. C07-00083 SC (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

Having been referred plaintiff's Motion To Compel, **IT IS HEREBY ORDERED** that defendant(s) shall set forth its position on the discovery dispute in a letter of <u>not</u> <u>more</u> than two pages to be served and filed by **12:00 p.m. on Friday, August 17, 2007.  IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Tuesday, August 21, 2007 at 9:00 a.m.,** to discuss the discovery dispute(s) currently at issue.  Counsel for plaintiff shall contact counsel for defendant(s) and call chambers at **(415) 522-4093.**

Dated: August 15, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CARIAS\TWODAYDISC.ORD.wpd

1