Jeffrey B. Cereghino, Esq., State Bar No. 99480
Steven R. Weinmann, Esq., State Bar No. 190956
**BERDING & WEIL LLP**
3240 Stone Valley Road West
Alamo, California 94507
925/838-2090 F: 925/820-5592

Michael F. Ram, Esq. State Bar No. 104805
Arthur D. Levy, Esq. State Bar No. 95659
**LEVY RAM & OLSON LLP**
639 Front Street, 4th Floor
San Francisco, CA 94111-1913
415/433-4949 F: 415/433-7311

Attorneys for Plaintiff
EDUARDO CARIAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CARIAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LENOX FINANCIAL MORTGAGE CORPORATION, LSI TITLE COMPANY; and DOES 1 through 25,<br><br>Defendants. | No. 3:07-cv-00083 SC<br><br>**STIPULATION AND PROPOSED SECOND AMENDED SCHEDULING ORDER** |

[DENIED — Judge Samuel Conti]

The Court issued a First Amended Scheduling Order on [...] with outstanding discovery issues that remain unresolved between plaintiff and defendant Lenox Financial Mortgage Corporation that relate to the schedule for briefing and hearing the pending summary judgment motions. Plaintiff filed a Motion to Compel Discovery on August 3, 2007, which is not due for hearing until the date assigned by the Court, September 7, 2007, which is well after plaintiff's oppositions to the summary judgment motions are due under the current Scheduling Order. The Court referred the discovery motion to Magistrate Judge Zimmerman. Because plaintiff contends that he cannot respond fully to the pending motions for summary

STIPULATION AND PROPOSED SECOND AMENDED SCHEDULING

Page 1

1  judgment until Judge Zimmerman resolves the pending discovery motion and Lenox complies, it
2  is necessary that the briefing and hearing schedule be deferred by approximately eight weeks,
3  resulting in resolution of the discovery issues, and that all other dates in the case be adjusted
4  accordingly.

5      The parties have met and propose that the Court amend its outstanding Scheduling Order
6  by extending existing dates as indicated below, subject to further Order of Court:

7      Plaintiff's Opposition to Summary Judgment Motions to be filed: the date shall be
8  extended from August 27, 2007 to October 22, 2007

9      Defendants' Replies to Summary Judgment Motions to be filed: the date shall be
10 extended from September 10, 2007 to November 12, 2007.

11     Hearing of Summary Judgment Motions: the date shall be continued from September 21,
12 2007 at 10:00 a.m. to November __, 2007 at 10:00 a.m.

13     Class certification motion to be filed: the date shall be extended from November 19, 2007
14 until January 21, 2008.

15     Class certification opposition to be filed: the date shall be extended from December 17,
16 2007 to February 18, 2008.

17     Class certification reply to be filed: the date shall be extended from December 31, 2007
18 to March 3, 2008.

19     Class certification motion hearing: the date shall be continued from January 11, 2008 at
20 10:00 a.m. until March __, 2008 at 10:00 a.m.

21     Exchange of expert disclosures and reports: the date shall be extended from February 8,
22 2008 until April 4, 2008.

23     Cut-off for all discovery other than experts: the date shall be extended from February 8,
24 2008 until April 4, 2008.

25     Cut-off for expert discovery: the date shall be extended from March 3, 2008 until May 5,
26 2008.

27     Dispositive motions to be filed: the date shall be extended from March 3, 2008 until May
28 5, 2008.

1  Dispositive motion oppositions to be filed: the date shall be extended from March 24, 2008 until May 19, 2008.

Dispositive motion replies to be filed: the date shall be extended from April 4, 2008 until May 30, 2008.

Dispositive motions hearing: the date shall be extended from April 25, 2008 at 10:00 a.m. until June __, 2008 at 10:00 a.m.

Pretrial Conference: the date shall be continued from April 2, 2008 at 10:00 a.m. to June __, 2008 at 10:00 a.m.

Trial: the date shall be continued from May 5, 2008 until July __, 2008 at 9:30 a.m.

August 24, 2007                                  LEVY, RAM & OLSON LLP

                                                 By _____
                                                    Arthur D. Levy

August ____, 2007                                BERDING & WEIL, LLP

                                                 By: _____
                                                     Jeffrey B. Cereghino

August ____, 2007                                THE DAVIS LAW FIRM

                                                 By: _____
                                                     James Smith

August ____, 2007                                KEESAL, YOUNG & LOGAN

                                                 By: _____
                                                     Ben Suter


ORDER

Good cause appearing, the Court hereby approves the Stipulation and amends its prior Case Management Order as set forth above. It is so ORDERED.


Dated: August __, 2007            _____
                                  UNITED STATES DISTRICT JUDGE

1  Dispositive motion oppositions to be filed: the date shall be extended from March 24, 2008 until May 19, 2008.

Dispositive motion replies to be filed: the date shall be extended from April 4, 2008 until May 30, 2008.

Dispositive motions hearing: the date shall be extended from April 25, 2008 at 10:00 a.m. until June __, 2008 at 10:00 a.m.

Pretrial Conference: the date shall be continued from April 2, 2008 at 10:00 a.m. to June __, 2008 at 10:00 a.m.

Trial: the date shall be continued from May 5, 2008 until July __, 2008 at 9:30 a.m.

August ___, 2007                              LEVY, RAM & OLSON LLP

                                              By _____
                                                 Arthur D. Levy

August 21, 2007                               BERDING & WEIL, LLP

                                              By: _____
                                                 Jeffrey B. Cereghino

August ___, 2007                              THE DAVIS LAW FIRM

                                              By: _____
                                                 James Smith

August ___, 2007                              KEESAL, YOUNG & LOGAN

                                              By : _____
                                                 Ben Suter


ORDER

Good cause appearing, the Court hereby approves the Stipulation and amends its prior Case Management Order as set forth above. It is so ORDERED.

Dated: August __, 2007         _____
                               UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED SECOND AMENDED                            Page 3
SCHEDULING

1  Dispositive motion oppositions to be filed: the date shall be extended from March 24,
2  2008 until May 19, 2008.

3  Dispositive motion replies to be filed: the date shall be extended from April 4, 2008 until
4  May 30, 2008.

5  Dispositive motions hearing: the date shall be extended from April 25, 2008 at 10:00 a.m.
6  until June __, 2008 at 10:00 a.m.

7  Pretrial Conference: the date shall be continued from April 2, 2008 at 10:00 a.m. to June
8  __, 2008 at 10:00 a.m.

9  Trial: the date shall be continued from May 5, 2008 until July __, 2008 at 9:30 a.m.

10
11  August ___, 2007                                        LEVY, RAM & OLSON LLP

12
                                                          By _____
13                                                             Arthur D. Levy

14  August ____, 2007                                      BERDING & WEIL, LLP

15
                                                          By: _____
16                                                             Jeffrey B. Cereghino

17  August 24, 2007                                        THE DAVIS LAW FIRM

18                                                        By: _____
19                                                             James Smith

20  August ____, 2007                                      KEESAL, YOUNG & LOGAN

21
                                                          By : _____
22                                                              Ben Suter

23

## ORDER
24
25  Good cause appearing, the Court hereby approves the Stipulation and amends its prior
26  Case Management Order as set forth above. It is so ORDERED.

27

28  Dated: August __, 2007
                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

1  Dispositive motion oppositions to be filed: the date shall be extended from March 24, 2008 until May 19, 2008.

Dispositive motion replies to be filed: the date shall be extended from April 4, 2008 until May 30, 2008.

Dispositive motions hearing: the date shall be extended from April 25, 2008 at 10:00 a.m. until June __, 2008 at 10:00 a.m.

Pretrial Conference: the date shall be continued from April 2, 2008 at 10:00 a.m. to June __, 2008 at 10:00 a.m.

Trial: the date shall be continued from May 5, 2008 until July __, 2008 at 9:30 a.m.

August ___, 2007                                             LEVY, RAM & OLSON LLP

                                                             By _____
                                                                Arthur D. Levy

August ___, 2007                                             BERDING & WEIL, LLP

                                                             By: _____
                                                                 Jeffrey B. Cereghino

August ___, 2007                                             THE DAVIS LAW FIRM

                                                             By: _____
                                                                 James Smith

August 21, 2007                                              KEESAL, YOUNG & LOGAN

                                                             By: _____
                                                                 Ben Suter


ORDER

Good cause appearing, the Court hereby approves the Stipulation and amends its prior Case Management Order as set forth above. It is so ORDERED.

Dated: August __, 2007         _____
                               UNITED STATES DISTRICT JUDGE

<strong>PROOF OF SERVICE</strong>

I, Cheryl F. Pritchard, state:

I am a citizen of the United States. My business address is 639 Front Street, Fourth Floor, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this mailing occurs. I am over the age of eighteen years and not a party to this action. On August 24, 2007, I served the foregoing document described as:

**STIPULATION AND PROPOSED SECOND AMENDED SCHEDULING ORDER**

on the following person(s) in this action addressed as follows:

| | |
|---|---|
| Mr. James Smith<br>Mr. Robert Cameron Fortner<br>The Davis Law Firm<br>A Professional Corporation<br>625 Market Street<br>Twelfth Floor<br>San Francisco, CA 94105 | Jeffrey B. Cereghino, Esq.<br>Steven R. Weinmann, Esq.<br>Berding & Weil, LLP<br>3240 Stone Valley Road West<br>Alamo, CA 94507 |

Ben Suter
Keesal, Young & Logan
A Professional Corporation
Four Embarcadero Center
Suite 1500
San Francisco, CA 94111

X  **BY FIRST CLASS MAIL** - I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

☐  BY PERSONAL SERVICE: - I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐  BY OVERNIGHT MAIL - I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

☐  BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 24, 2007, at San Francisco, California.

*/s/ Cheryl F. Pritchard*
Cheryl F. Pritchard