1  Jeffrey B. Cereghino, Esq., State Bar No. 99480
   Steven R. Weinmann, Esq., State Bar No. 190956
2  **BERDING & WEIL LLP**
   3240 Stone Valley Road West
3  Alamo, California 94507
   925/838-2090 F: 925/820-5592
4

5  Michael F. Ram, Esq. State Bar No. 104805
   Arthur D. Levy, Esq. State Bar No. 95659
   **LEVY RAM & OLSON LLP**
6  639 Front Street, 4th Floor
   San Francisco, CA 94111-1913
7  415/433-4949 F: 415/433-7311

8  Attorneys for Plaintiff
   EDUARDO CARIAS
9

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13 EDUARDO CARIAS, on behalf of himself      No. 3:07-cv-00083 SC
   and all others similarly situated,
14
              Plaintiff,                     **STIPULATION AND** ~~PROPOSED~~
15                                           **ORDER EXTENDING MANDATORY**
        vs.                                  **ADR COMPLIANCE DATE**
16
   LENOX FINANCIAL MORTGAGE
17 CORPORATION, LSI TITLE COMPANY;
   and DOES 1 through 25,
18
              Defendants.
19  _____/

20     The Court has referred this case to mediation pursuant to the Court's Mandatory ADR

21 Program.   In a conference call with the Mediator, Jonathan Schmidt, the parties and the

22 mediator agreed that it was unlikely that a productive mediation could be conducted until after

23 the Court has decided defendants' pending Motions for Summary Judgment.

24     On September 7, 2007, the Court continued the hearing of defendants' Motions for

25 Summary Judgment to November 30, 2007.  The parties desire to hold the mediation session

26 after the Court has ruled on these motions.

27     The current mandatory ADR compliance date is November 2, 2007 pursuant to the

28 Corrected Scheduling Order, filed August 13, 2007. In light of the Court's Order continuing the

---
STIPULATION AND PROPOSED SECOND AMENDED                                          Page 1
SCHEDULING

summary judgment hearing, the parties stipulate that the ADR compliance date may be extended until December 21, 2007 and ask the Court to so order.

September 25, 2007                          LEVY, RAM & OLSON LLP

                                            By /s/ Arthur D. Levy
                                               Arthur D. Levy

September ___, 2007                         BERDING & WEIL, LLP

                                            By: _____
                                                Jeffrey B. Cereghino

September ___, 2007                         THE DAVIS LAW FIRM

                                            By: _____
                                                James Smith

September ___, 2007                         KEESAL, YOUNG & LOGAN

                                            By : _____
                                                 Ben Suter

ORDER

Good cause appearing, the Court hereby extends the date for the parties to completer mediation pursuant to the Court's mandatory ADR Rules and Order to and including December 21, 2007.

Dated: September 27, 2007                   _____
                                            UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

---

STIPULATION AND PROPOSED SECOND AMENDED                                    Page 2
SCHEDULING

1  summary judgment hearing, the parties stipulate that the ADR compliance date may be extended
2  until December 21, 2007 and ask the Court to so order.

3
4  September ___, 2007                                    LEVY, RAM & OLSON LLP

5                                                        By _____
                                                            Arthur D. Levy
6
   September ___, 2007                                   BERDING & WEIL, LLP
7

8                                                        By: _____
                                                            Jeffrey B. Cereghino
9
   September  21 , 2007                                  THE DAVIS LAW FIRM
10

11                                                       By: _____
                                                            James Smith
12
   September ___, 2007                                   KEESAL, YOUNG & LOGAN
13

14                                                       By : _____
                                                            Ben Suter
15

16
                                            ORDER
17
         Good cause appearing, the Court hereby extends the date for the parties to completer
18
   mediation pursuant to the Court's mandatory ADR Rules and Order to and including December
19
   21, 2007.
20

21

22  Dated:   September ___, 2007            _____
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

---

STIPULATION AND PROPOSED SECOND AMENDED                                              Page 2
SCHEDULING

1  summary judgment hearing, the parties stipulate that the ADR compliance date may be extended
2  until December 21, 2007 and ask the Court to so order.

3
4  September ___, 2007                    LEVY, RAM & OLSON LLP

5                                         By _____
                                              Arthur D. Levy
6
7  September ___, 2007                    BERDING & WEIL, LLP

8                                         By: _____
                                              Jeffrey B. Cereghino
9
10 September ___, 2007                    THE DAVIS LAW FIRM

11                                        By: _____
                                              James Smith
12
   September 14, 2007                     KEESAL, YOUNG & LOGAN
13
14                                        By: _____
                                              Ben Suter
15

16
                                    ORDER
17
18     Good cause appearing, the Court hereby extends the date for the parties to completer
19 mediation pursuant to the Court's mandatory ADR Rules and Order to and including December
20 21, 2007.

21

22 Dated:  September ___, 2007           _____
                                         UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28